**CHAPPELLS DAIRY, Inc.**

**v.**

**WALTERS et al.**

Court of Appeals of Kentucky.

June 4, 1954.

Craft & Stanfill, Hazard, for appellant.

S. M. Ward, Hazard, for appellee.

PER CURIAM.

Motion for an appeal from judgments of the Leslie Circuit Court, Honorable William Lewis, Judge.

The judgments are for $300 each in favor of a husband and wife for having been made sick from drinking milk con-

taminated by some unidentifiable substance in the carton. The cases are distinguishable from those which involved bottles of soft drinks having removable and replaceable caps since this milk container was a paper carton, sealed at the dairy and unbroken until opened immediately before the milk was drunk.

The judgments do not appear excessive.

The motions for appeals are overruled, and the judgments stand affirmed.